**DENY and Opinion Filed September 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00931-CV**
_____

**IN RE WALLY YAMMINE, Relator**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00009-C**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

Before the Court is relator's September 21, 2022 petition for writ of mandamus. In her petition, relator complains about the trial court's failure to rule on her pending motion for default judgment.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has not demonstrated that the trial court clearly abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Ken Molberg//
KEN MOLBERG
220931f.p05                                      JUSTICE